DLA PIPER LLP (US)
MATTHEW G. JACOBS (SBN 122066)
DAVID A. CHEIT (SBN 121379)
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

Attorneys for
Plaintiff IMG Funding, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMG FUNDING, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERNATIONAL MANUFACTURING GROUP, INC., and DEEPAL WANNAKUWATTE,<br><br>  Defendants. | CASE NO.  2:14-cv-00583-JAM-DAD<br><br>**ORDER FOR MODIFICATION OF PRELIMINARY INJUNCTION**<br><br>Date:   TBD<br>Time:   TBD<br>Ctrm:   6<br>Judge:  Hon. John A. Mendez |

Plaintiff IMG Funding, LLC having filed its *Ex Parte* Application for Modification of Preliminary Injunction, and the Court having considered the Application and the memorandum and declaration filed in support thereof, the Court hereby orders as follows:

The Preliminary Injunction entered in the above-captioned action on March 14, 2014 is hereby modified as follows:

The "Temporary Authorization For Continuing Business Activities" of Defendant International Manufacturing Group, Inc., doing business as "Relyaid" and/or "Relyaid Tattoo Supply" (collectively referred to herein as "Relyaid"), as set forth in the Preliminary Injunction at 4:19-5:24, shall remain in effect through June 13, 2014, except as may be otherwise provided by agreement of Plaintiff and the United States or by order of this Court, and

The deadline for the preparation and submission of Relyaid's findings and

1  recommendations concerning the future viability of its business, as set forth in the Preliminary
2  Injunction at 5:13-20, shall be extended from April 13, 2014 to April 25, 2014, except as may be
3  otherwise provided by agreement of Plaintiff and the United States or by order of this Court.
4      The Preliminary Injunction shall remain in effect in all other respects as provided therein.

6  Dated: April 9, 2014

    /s/ John A. Mendez
    United States District Court Judge